Goodman et al., Appellants, *v.* R-W Realty Company, Inc.

Argued October 4, 1934.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

238

*D. Arthur Magaziner* of *Mayer, Magaziner and Brunswick,* for appellants.

*E. Stanley Richardson* of *Middleton, Blakeley & Richardson,* for appellee.

PER CURIAM, November 22, 1934:

The judgment of the lower court is affirmed upon the opinion of Judge HEILIGMAN.